UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AMELIA SMITH, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

FRANKLIN CREDIT MANAGEMENT CORPORATION,

   *Defendant*.

_____/

Case No. 2:24-cv-00709-CCC-JRA

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Amelia Smith, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Amelia Smith, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: February 20, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Leanna Loginov
Leanna Loginov, Esq.
New Jersey Bar No. 389742022
lloginov@shamisgentile.com
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq. (pro hac vice forthcoming)
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

SO ORDERED

   s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 2/21/2024